IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | No. 1:17-CR-270 (LO) |
| ) | |
| AHMED AMEER MINNI, *et al.*,   ) | |
| Defendants.   ) | |

### MEMORANDUM OF UNDERSTANDING REGARDING
### RECEIPT OF CLASSIFIED INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders, related to, but not limited to, Title 18 United States Code, including unauthorized disclosure of classified information, espionage and related offenses; the Intelligence Agents Identities Protection Act, Title 50 U.S.C. Section 421; Title 18 U.S.C. Section 641; Title 50 U.S.C. Section 783; 28 C.F.R. 17 et seq., and Executive Order 13526; I understand that I may be the recipient of information and documents that concern the present and future security of the United States and belong to the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States Government.  In consideration for the disclosure of classified information and documents:

(1)    I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as expressly authorized by the Court pursuant to the Classified Information Procedures Act and the proposed Protective Order related to the above-captioned case.

(2)     I agree that this Memorandum and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)     I have received, read, and understand the proposed Protective Order related to the above-captioned case, relating to classified information, and I agree to comply with the provisions thereof.

| | |
|---|---|
| Classified Information Security Officer | Date |
| *[signature]* | 8/27/2020 |
| Counsel for  Ramy Zamzam | Date |