IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:17CR270 |
| | ) | |
| RAMY SAID ZAMZAM, | ) | The Honorable Liam O'Grady |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**MOTION TO JOIN AND ADOPT**
**DEFENDANT YEMER'S MOTION TO SET STATUS HEARING**

COMES NOW defendant, Ramy Zamzam, by counsel, and moves to join and adopt defendant Aman Yemer's motion to set a status hearing as soon as the Court's docket permits, and for the entry of an Order either directing the United States to require a representative of the U.S. government to attend the defendant's hearing scheduled on or about March 6, 2021 in the Supreme Court of Pakistan, or alternatively, to dismiss the Indictment. Mr. Zamzam's health also continues to deteriorate and he has no foreseeable prospects of repatriation.

               Respectfully Submitted,
               RAMY ZAMZAM
               By Counsel
               CARMICHAEL ELLIS & BROCK, PLLC
               _____/s/_____
               Jessica N. Carmichael, Virginia Bar 78339
               Counsel for Defendant
               108 N. Alfred Street, 1st FL
               Alexandria, Virginia 22314
               (703) 684-7908
               jessica@carmichaellegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2021, I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

                                                          /s/
                                      Jessica N. Carmichael, Esq.