June 27, 2023

Honorable Judge Leonie Brinkema
Eastern District of Virginia

Your Honor,

    I am writing to provide a character reference for my beloved brother, Ramy Zamzam, who I hold in the highest regard. As someone who has known Ramy intimately throughout my childhood, I believe it is my duty to shed light on his true nature and the remarkable qualities he possesses.

    Since childhood, Ramy has been an exceptional mentor and someone who to this day continues to inspire me. His friendly and compassionate demeanor has always resonated with those around him. He effortlessly exudes kindness and respect towards others, traits that have earned him admiration and appreciation from friends, colleagues, and acquaintances alike.

    Academically, Ramy has consistently demonstrated his commitment to excellence. He approached his studies with unwavering dedication and an insatiable thirst for knowledge which I always held to very high regard. As his sibling, I have witnessed first hand his unwavering discipline, ensuring that he completed all assignments diligently and excelled in every academic endeavor. It is no surprise that he consistently achieved top grades and garnered recognition from both family and friends for his outstanding achievements.

    Ramy's professional life is a testament to his exceptional work ethic and dedication. His determination and commitment have always been rewarded, reflecting his excellent performance in the workplace. If that wasn't enough, Ramy regularly engages in volunteer work in the community, forging strong relationships with community leaders and exemplifying his dedication to making a positive impact on the lives of others.

    Beyond his professional endeavors, Ramy is an extraordinary brother. During my younger years he was an unwavering pillar of support. Ramy's selflessness and care have been nothing short of remarkable. His devotion to our family is unmatched, and the bond he has nurtured among our family is a testament to his ability to create lasting and meaningful relationships. I sincerely hope that you will take into account the numerous ways in which Ramy positively impacts the lives of those around him. His genuine character, unwavering work ethic, and dedication to personal and professional growth undoubtedly paint a picture of a bright and promising future. Thank you for considering my perspective and for your time and attention to this matter.

Respectfully,
Maged Zamzam

*[signature]* 06/27/2023

June 27, 2023

Honorable Judge Leonie Brinkema
Eastern District of Virginia

Your Honor,

I am writing this letter to help provide you with some reference to who my older brother, Ramy Zamzam, is and was as I have known him throughout my life. He is my older brother, and so much more. He can be very driven, in many things but always in being a good person. That's what I find to be so pure about him, regardless of how he does anything, he carries himself with the modesty of a good man. For him, all his accomplishments were nothing if my nose was running, because even if there were no tissues, his shirt was available. That is the memory I have when I think of him.

Leaving the boys and girls club, him buying me a fresh bagel pizza, me burning my tongue and crying, him calming me down, and him blowing my nose in his shirt as he walked with me to meet pop. It was always stuff like that I remember. Just being safe and comfortable being with and around him. Not having to worry about the judgments or pains of the world, just having time to be with someone who cared enough to show you, even in the true moments shared between just me and him. He has been a pillar of support for me and my family, and to have him back has been one of my greatest life joys.

His commitment to his exceptional ethic has been a light in many people's lives. To be driven is one thing, but to use that immense effort on the behalf of others is what drives us to loving him. Even before I knew the world, I knew he cared for it and the people in it. Anyone who gets to known even a little bit about him would pick this up. His genuine character sits at the front of all his interactions, and I believe is one of the reasons he can connect and impact those around him with such a light.

It is easy to love a brother like this, and even harder to lose him for the years we did. However, with his return, his bright image is clearer than ever. Compassion is strong in his eyes, and a deep calm surrounds his actions. Yet, he has maintained his drive for personal and professional growth. Taking good care of our mother while also working several jobs, that's what heroes are made of. My tongue burns wanting to scream how wonderful he is, how amazing he can be when you have the chance to spend any amount of time with him. I can only hope these few words encourage that from you.

The relief that he has returned to us, with that same light in his eyes is a blessing I am eternally grateful for. He has a soft but compelling tone, but it makes you want to hear more of his voice. He's also very funny, handsome, and a good wrestler! His memory is impeccable as well, forget about birthdays, he remembers your favorite chair, song, even candy. Always ready to joke around and have fun. He rides bikes, goes to the beach, feeds the homeless. It is like a superhero's alter ego or something, I know, but that's him.

He was doing good in school, with a clear path set by himself when he made the decisions that lead to his mistakes. When drive meets youthful passion, the world can complicate things. He has had time now, too much time to think on those actions and events. I hate to speak on regrets, but I can say for certain, that he regrets it for the sole reason that he missed the passing of our father. To overcome that pain, needless to say all the other "things" he experienced and come back with such a bright outlook is to be admired by all. Strength like that comes from within, and it needs a foundation of caring and understanding, and most importantly, our support.

Ramy will always be the greatest influence I've had on my path through life, and he deserves recognition for his efforts in making this world a brighter place. If we could all be as passionate and outgoing as him in even half the things we cared for, I am certain every community would be filled with light. I hope, that you sincerely take the effort to look into his eyes once. There I'm sure you'll find everything you need to see. Thank you for your consideration and time. I hope my perspective offered you help in this matter.

Respectfully,

Mahmoud Zamzam

June 3, 2023

Honorable Judge Leonie Brinkema
Eastern District of Virginia

Your Honor,

I am writing this letter in support of my beloved son, Ramy Zamzam. A mother has the most insight into her children and I want to let you know what kind of person my son is at heart. The actions he took were the result of poor judgement in his youth and should not define him because he has proven throughout his life to be a genuinely good person with many great qualities.

Ramy grew up as a very friendly and fun loving child. He has always been well behaved and polite towards others. I raised him to be honest and caring towards others and he was naturally well liked by his friends. Throughout his life he has been very good at making friends and is well respected by those who he interacts with.

As a student, Ramy was absolutely what every mother hopes for. He always took his studies seriously and was very gifted academically. I never had to worry about him not studying or finishing his homework and he was an amazing role model for his younger brothers. He has always been a straight A student and was able to receive a full academic scholarship and complete his university studies graduating magna cum laude. He has also prepared his application for his MBA and plans on starting this fall.

Ramy has also been very active in his professional life as well as extra-curricular activities. He works a full time job as well as a few part time ones and his excelling in the workplace and has recently received a promotion. In addition, upon his return he immediately started volunteering regularly at a local food pantry and has built a very strong relation with the Church and community leaders that help manage it.

Ramy has also been an outstanding son and takes care of me every single day. I have been through two operations since he has returned and he didn't leave my bedside at the hospital until I was good enough to return home. He accompanies me and cares for all my needs and goes above and beyond showing me how much he cares and loves me. The quality time he spends with his brothers is also noteworthy and the three of them have become closer than ever. We plan to take our first family trip within the next few weeks and hope to continue our bonding and continue to create those family memories.

I hope you can consider how much Ramy has to offer his family, friends, coworkers and associates and the bright future he has ahead of him.

Sincerely,

Amal Khalifa
*Amal Khalifa*

Hana Abdulhakim

June 21, 2023

The Honorable Leonie M. Brinkema,

    It is a genuine honor to write this letter on behalf of Ramy Zamzam, whom I have known as a friend and relationship partner for over six months. I am aware that he is appearing before you in court, and I would like to express my support for him.

    After being introduced through a matrimonial matchmaking service, it did not take long to realize what kind of person Ramy was. He was unique. We instantly developed a connection that felt like I had known Ramy my entire life. Not only was he kind but also honest, thoughtful, charismatic, and very intelligent. But most important of all, he was serious about being in a long-term, committed relationship. In these past few months, we have grown and learned so much from one another. I admire his eagerness to self-improve and reflect on his actions and words to become a better version of himself every day. Recently at the beach, we discussed our plans for the future, including meeting our families, pre-martial counseling, and building a family of our own. I know that Ramy will be a loving husband and someday, he will be an incredible father.

    In addition, he is an inspiration for all those around him, including myself. His ambition to work hard and dream big is contagious. We have both made plans to continue our education together. He has been very supportive of me in my desire to build my career as he continues to work extremely hard to build his. I am greatly proud of the efforts he is making to establish himself and secure his future success. Ramy is full of aspirations and without a doubt, he will be successful in his future endeavors and will continue to be an upstanding member of society.

    Lastly, not only is he a wonderful partner, but also an amazing son. I had the privilege to meet his mother, Mrs. Khalifa. With compassion and warmth, he helps to care for her and supports her needs. That is a very admirable trait. My father is disabled and as a caregiver and medical professional myself, I know how difficult it can be sometimes. But Ramy is always up for the challenge, and he strives to give nothing less than his best. My father was recently hospitalized, but Ramy's love and comfort at these times of hardship gave me more hope and strength to overcome the adversity.

    I am incredibly grateful to have met him and I cannot see my future without him. He is patient, empathetic, determined and truly one of a kind. He is everything that I desire in a partner and more. I am tremendously excited for the future as we continue to build a strong and loving bond with one another. Thank you for taking the time to learn more about Ramy and I hope you will consider my request.

Sincerely,

*Hana Abdulhakim*

Hana Abdulhakim