IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 1:17CR270-LMB |
| | ) | |
| **RAMY SAID ZAMZAM,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## RAMY ZAMZAM'S MOTION TO REPLACE EXHIBIT 1

Counsel for Mr. Zamzam inadvertently filed Exhibit 1 to Ramy Zamzam's Position on Sentencing (ECF No. 138-1) without a necessary redaction of personal information. Attached is Exhibit 1 with the redaction. Mr. Zamzam respectfully requests that the Court issue an order to the Clerk directing that Ramy Zamzam's filed Exhibit 1 to his Position on Sentencing (ECF No. 138-1) be replaced with the redacted Exhibit 1 attached.

A proposed order is attached.

Respectfully submitted,
RAMY SAID ZAMZAM
By Counsel

_____/s/_____
Jessica N. Carmichael, Esq., VSB #78339
CARMICHAEL ELLIS & BROCK, PLLC
108 N. Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 684-7908
jessica@carmichaellegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of July, 2023, I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

                                                                 _____/s/_____
                                                         Jessica N. Carmichael, Esq.