Ramy Zamzam

April 29, 2023

Honorable Judge Leonie Brinkema
Eastern District of Virginia

Dear Honorable Judge Brinkema,

I would like to express to you my sincere thoughts and feelings regarding the events surrounding my case. At the age of 22 I fell victim to baseless propaganda and made the terrible decision to go to Afghanistan to fight against NATO troops. Social media and other influences shaped my mindset into a totally incorrect view of reality that I would be fighting for a righteous cause. I fully understand and acknowledge that my intentions and actions were the result of absolute poor judgement. It was due to the wrong decisions that I made that I became involved in acts that are reprehensible and definitely do not represent who I am as an individual. I accept this unconditionally and this realization comes with the utmost regret.

Regret, in fact, is an understatement as to how deeply I feel remorse. During my many years of incarceration, I have contemplated much over what happened and my lack of sound judgement. The way it impacted my family, friends, and most of all myself has led me to be so disappointed in the wrong steps I had taken. I am fully repentant of everything I have done and wish to channel those feelings into fruitful efforts towards the future.

I have such a positive drive and new take on life that is manifesting in so many aspects of my life. I started working full time only 10 days after returning from a 13 year period of incarceration overseas. I now work for four different companies and I am excelling so much that I have received a recent promotion from my main job.

I started volunteering at my local food pantry just days after returning and have continued since. I feel a strong need to help those in need and do what ever I can to show gratefulness to the many amazing opportunities I have in life.

Further, I am soon to enroll in an online MBA program at University of the People. I am also currently studying for the GRE in order to apply to the International Relations PhD Program at American University. I wish to take the knowledge and experiences that I have gained to contribute positively in the fields of academia and research.

I have also become very close with my mother, brothers and the rest of my family. I wish to enjoy every moment with them and cherish the blessings we have together. I have also been fortunate to meet a wonderful young woman with whom I am pursuing marriage plans.

My experience has also shown me the great blessing it is to live in a country where there is rule of law and a justice system built on integrity and respect for human rights. I also find myself so grateful to live in a country that allows individuals to learn from their mistakes and not only offers them second chances, but supports them fully along the way. I am a living example of this.

Your honor, it is my hope that you can see the sincerity not only in the way I have come to terms with what has happened, but also in how I have made earnest efforts to become a better individual and member of society.

Sincerely,

Ramy Zamzam